AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| GS Holistic, LLC<br><br>*Plaintiff(s)*<br>v.<br>ATHAR ABBASI d/b/a 420 SMOKE PALACE, and ATHAR ABBASI,<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-05571 JSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ATHAR ABBASI d/b/a 420 SMOKE PALACE
REGISTERED AGENT: ATHAR ABBASI
396 S Bascom Ave.
San Jose, CA 95128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tomas Carlos Leon, Esquire
Leon Law, LLP
1145 W. 55th Street
Los Angeles, CA 90037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B. Busby*

*Signature of Clerk or Deputy Clerk*

Date: 10/30/2023

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| GS Holistic, LLC<br><br>*Plaintiff(s)*<br>v.<br>ATHAR ABBASI d/b/a 420 SMOKE PALACE, and ATHAR ABBASI,<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-05571 JSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ATHAR ABBASI
396 S Bascom Ave.
San Jose, CA 95128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tomas Carlos Leon, Esquire
Leon Law, LLP
1145 W. 55th Street
Los Angeles, CA 90037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B.Busby*

Date: 10/30/2023

*Signature of Clerk or Deputy Clerk*