United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATHAR ABBASI, et al.,<br><br>　　　　Defendants. | Case No. 3:23-cv-05571-JSC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 29, 31 |

　　　　GS Holistic, LLC alleges trademark infringement and false designation of origin against Athar Abbasi individually and Athar Abbasi d.b.a. 420 Smoke Palace.  After Defendants failed to appear, Plaintiff moved for default, which was granted, and then moved for default judgment. (Dkt. Nos. 21, 23.)  On July 18, 2024, the Court denied the motion for default judgment because Plaintiff had not established Defendants were properly served.  (Dkt. No. 29.)  Plaintiff was granted until August 22, 2024 to serve Defendants.  Plaintiff then sought an extension of time, through October 4, 2024, to serve Defendants, which the Court granted.  (Dkt. Nos. 30, 31.)  To date, no proof of service of the summons and complaint has been filed.

　　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to serve Defendant and failure to comply with the Court's Orders. Plaintiff shall file a written response to this order to show cause by October 22, 2024 and any response shall be accompanied by proof of service of the summons and complaint.  Failure to comply with this Order may result in the dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 9, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge